# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JULIO CESAR ESCANDON-BERNAL,<br><br>              Defendant. | Case No. 21cr391-WQH<br><br>**JUDGMENT and ORDER OF DISMISSAL**<br><br>[ECF No. 24] |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information [ECF No. 20] in the above-entitled case be dismissed without prejudice.

**SO ORDERED.**

Dated:  May 7, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court